```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
BILLY J. JANSEN,

            Plaintiff,

       - against -                              ORDER

90 FIFTH OWNER, LLC; TAURINO MANAGEMENT,    25 Civ. 3901 (NRB)
INC.; and REPUBLIC FIRST BANK,

            Defendants.
---------------------------------------X
TAURINO MANAGEMENT, INC.,

            Third-Party Plaintiff,

       - against -

REPUBLIC FIRST BANK, METROPOLITAN CONTRACT
CARPET, INC. and FINDLAY INSTALLATION
SERVICES, LLC,

            Third-Party Defendants.
---------------------------------------X
90 FIFTH OWNER, LLC,

            Second Third-Party
            Plaintiff,

       - against -

TAURINO MANAGEMENT, INC. and REPUBLIC
FIRST BANK,

            Second Third-Party
            Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

1

The Court has reviewed plaintiff Billy J. Jansen's ("Jansen") August 19, 2025 letter, ECF No. 24, informing the Court that, since the Court's July 8, 2025 conference, the parties have failed to reach a resolution as to defendant Federal Deposit Insurance Corporation as receiver for Republic First Bank's ("FDIC-R") anticipated motion to stay. The Court understands from the parties' pre-motion letters, ECF Nos. 7, 12, that FDIC-R intends to move to stay all judicial proceedings in this action pending the exhaustion by Jansen and second third-party plaintiff 90 Fifth Owner, LLC ("90 Fifth") of all administrative remedies. The Court has determined that FDIC-R may bring its motion.

The parties are instructed to submit briefing according to the following schedule: (i) FDIC-R will submit its opening brief by Wednesday, September 10, 2025; (ii) Jansen, 90 Fifth, and any other objecting parties will submit their opposition brief(s) by Friday, October 10, 2025; (iii) FDIC-R will submit its reply brief, if any, by Friday, October 31, 2025.

**SO ORDERED.**

Dated:   New York, New York
         August 21, 2025

_Naomi Reice Buchwald_
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE