UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
BILLY J. JANSEN,

             Plaintiff,

        - against -                **ORDER**

90 FIFTH OWNER, LLC; TAURINO MANAGEMENT,    25 Civ. 3901 (NRB)
INC.; and REPUBLIC FIRST BANK,

             Defendants.
-----------------------------------X
TAURINO MANAGEMENT, INC.,

             Third-Party Plaintiff,

        - against -

REPUBLIC FIRST BANK, METROPOLITAN CONTRACT
CARPET, INC. and FINDLAY INSTALLATION
SERVICES, LLC,

             Third-Party Defendants.
-----------------------------------X
90 FIFTH OWNER, LLC,

             Second Third-Party
             Plaintiff,

        - against -

TAURINO MANAGEMENT, INC. and REPUBLIC
FIRST BANK,

             Second Third-Party
             Defendants.
-----------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the parties' pre-motion letters, ECF Nos. 26, 28, related to defendant Federal Deposit Insurance Corporation as receiver for Republic First Bank's ("FDIC-R") anticipated motion to dismiss. The Court has determined that FDIC-R may bring its motion without the need for a pre-motion conference. The parties are instructed to submit a proposed briefing schedule for FDIC-R's motion by Tuesday, October 7, 2025.

The Court reminds the parties that any briefing must be completed within a 60-day timeframe, meaning no more than 60 days may elapse between the date the opening brief is filed and the date the reply brief is filed.

**SO ORDERED.**

Dated:    New York, New York
          October 3, 2025

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE