UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BILLY J. JANSEN,

        Plaintiff,

    - against -                                     **ORDER**

90 FIFTH OWNER, LLC; TAURINO MANAGEMENT,      25 Civ. 3901 (NRB)
INC.; and REPUBLIC FIRST BANK,

        Defendants.
------------------------------------X
TAURINO MANAGEMENT, INC.,

        Third-Party Plaintiff,

    - against -

REPUBLIC FIRST BANK, METROPOLITAN CONTRACT
CARPET, INC. and FINDLAY INSTALLATION
SERVICES, LLC,

        Third-Party Defendants.
------------------------------------X
90 FIFTH OWNER, LLC,

        Second Third-Party
        Plaintiff,

    - against -

TAURINO MANAGEMENT, INC. and REPUBLIC
FIRST BANK,

        Second Third-Party
        Defendants.
------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on June 9, 2025, Billy J. Janson filed a motion to remand (the "First Motion").  ECF No. 13; and

**WHEREAS**, on June 23, 2025 FDIC-R filed an opposition to the motion to remand (the "First Opposition").  ECF No. 16; and

**WHEREAS**, on November 7, 2025, FDIC-R filed a motion to dismiss (the "Second Motion").  ECF No. 33; and

**WHEREAS**, on December 8, 2025, 90 Fifth Owner filed an opposition to the motion to dismiss (the "Second Opposition"). ECF No. 35; and

**WHEREAS**, all the First Motion, First Opposition, and Second Opposition were not "accompanied by a letter no longer than three pages outlining the substantive arguments advanced in the motion papers" as required by Rule 2.C.1 of this Court's individual practices; it is hereby

**ORDERED** that the relevant party shall file a letter regarding the First Motion, First Opposition, and Second Opposition in accordance with Rule 2.C.1 no later than 7 days from the date of this Order.

**SO ORDERED.**

Dated:    New York, New York
          January 16, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE